IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRIS JACKSON, <br><br> Plaintiff, <br><br> v. <br><br> SUNNYSIDE CORPORATION, <br><br> Defendant. | Civil Action No. 1:24-cv-7802 |

**STIPULATION FOR DISMISSAL**

Plaintiff, Chris Jackson, and Defendant, Sunnyside Corporation, by and through their undersigned counsel, hereby stipulate that this action shall be DISMISSED, with prejudice, as between all parties, and, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: December 13, 2024

| | |
|---|---|
| NYE STIRLING, HALE, MILLER, AND SWEET, LLP | WEIL, GOTSHAL & MAGES LLP |
| By: */s/ Benjamin J. Sweet* <br> Benjamin J. Sweet, Esq. <br> 101 Pennsylvania Boulevard, Suite 2 <br> Pittsburgh, Pennsylvania 15228 <br> Telephone: (412) 857-5350 | By: */s/ Jessica L. Falk* <br> Jessica L. Falk, Esq. <br> 767 Fifth Avenue <br> New York, New York 10153 <br> Telephone: (212) 310-8511 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

    I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 13th day of December, 2024.

                                                                                     */s/ Benjamin J. Sweet*
                                                                                            Benjamin J. Sweet