# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Chris Jackson

                    Plaintiff,

v.                                                  Case No.: 1:24–cv–07802
                                                       Honorable Robert W. Gettleman

Sunnyside Corporation

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, December 14, 2024:

      MINUTE entry before the Honorable Robert W. Gettleman: Pursuant to the parties' Stipulation [11] this case is dismissed with prejudice, each party shall bear their own costs and fees, including attorneys' fees. Civil case terminated. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.